**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES D. BARFIELD, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LEHMAN BROTHERS BANK FSB, *et al.*, )<br>)<br>Defendants. )<br>) | 2:08-cv-001032-RCJ-PAL<br><br>**ORDER** |

Before the Court for consideration is the (#35) Report of Findings and Recommendation of Magistrate Judge Peggy A. Leen, filed January 21, 2010.  No opposition has been filed.

The Court has conducted a review of the record in this case and determines that the Report of Findings and Recommendation (#35) of the United States Magistrate Judge entered January 21, 2010, should be affirmed.  As such,

IT IS HEREBY ORDERED that plaintiff's complaint against the only remaining defendant, Title Court Services, Inc., is **DISMISSED** for their failure to prosecute their claims; failure to respond to the Notice of Intent to Dismiss (#25); failure to keep the court advised of their current address; and failure to respond to the Order to Show Cause (#33).

DATED:  February 24, 2010

_____
Robert C. Jones
United States District Judge